UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:09 CR 292-01 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| LEONARD MORRIS WISE, JR. | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

        This case is before the Court on a Report and Recommendation filed by United States

Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of , which was

referred to the Magistrate Judge with the consent of the parties.

        On June 23, 2009, the government filed a one-count Information, charging Defendant,

Leonard Morris Wise, Jr., with conspiracy to possess with the intent to distribute and distribution

of cocaine in violation of Title 21 United States Code, Section 841(a)(1), (b)(1)(B) and 846,

United States Code.  On July 2, 2009, Defendant Wise was arraigned and entered a plea of not

guilty to count 1, before Magistrate Judge Greg White.  On August 13, 2009,  Magistrate Judge

William H. Baughman, Jr., received Defendant Wise's plea of guilty to count 1 of the

Information and issued a Report and Recommendation ("R&R") concerning whether the plea

should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant Wise is found to be competent to enter a plea and to understand his constitutional rights.  He  is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Wise is adjudged guilty to Count 1of the Information,  in violation of Title 21 United States Code, Section 841(a)(1), (b)(1)(B) and 846, United States Code.  This matter is referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report.  Sentencing will be held on October 29, 2009, at 10:00 a.m. in Courtroom 17-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE